**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMOS HASON, | ) Case No. CV 14-8446-SVW (JPR) |
|          Petitioner, | ) |
| | ) **J U D G M E N T** |
|       v. | ) |
| | ) |
| SUPERIOR COURT-LOS ANGELES | ) |
| SHERIFF, | ) |
| | ) |
|         Respondents. | ) |
| | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: April 4, 2016

STEPHEN V. WILSON
U.S. DISTRICT JUDGE